UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SANDRA RUIZ** | § | **CIVIL ACTION NO. 4:12-CV-02968** |
| | § | **JURY TRIAL DEMANDED** |
| **Plaintiff,** | § | |
| v. | § | |
| | § | |
| | § | |
| **THE UNIVERSITY OF TEXAS MD** | § | |
| **ANDERSON CANCER CENTER,** | § | |
| | § | |
| **Defendant.** | § | |

_____

**PLAINTIFF'S STIPULATION OF DISMISSAL**
_____

COMES NOW Plaintiff, Sandra Ruiz, and submits her Stipulation of Voluntary Dismissal pursuant to Rule 41(a) (1) (A) (ii) of the Federal Rules of Civil Procedure, as follows:

1. The Plaintiff filed this civil action on October 4, 2012, pursuant to the Family and Medical Leave Act of 1993 ("FMLA"), and the Americans with Disabilities Act of 1990, as amended ("ADA"). Defendant thereafter filed an Answer.

2. Plaintiff hereby dismisses Civ. Action No. 4:12-CV-02968 with prejudice. It alleges FMLA and ADA claims. Plaintiff currently has a civil action pending against Defendant for alleged violations of the Rehabilitation Act of 1973 Section 504, Civ. Action No. 4:13-cv-02520. Plaintiff is not dismissing that claim.

3. Each party shall be responsible for its own costs and attorneys' fees associated with this dismissed case.

Submitted by:

SHELLIST | LAZARZ | SLOBIN LLP


By: */s/ Todd Slobin*
    TODD SLOBIN
    State Bar No. 24002953
    Federal ID No. 22701
    tslobin@eeoc.net
    RICARDO J. PRIETO
    State Bar No. 24062947
    Federal ID No. 1001658
    rprieto@eeoc.net
    11 Greenway Plaza, Suite 1515
    Houston, Texas 77046
    Telephone: (713) 621-2277
    Facsimile: (713) 621-0993

    ATTORNEYS FOR PLAINTIFF


Dismissal with prejudice not opposed by Defendant:

GREG ABBOTT
Attorney General of Texas
DANIEL T. HODGE
First Assistant Attorney General
DAVID C. MATTAX
Director of Defense Litigation
JAMES 'BEAU' ECCLES
General Litigation, Division Chief

*/s/ Lars Hagen*
LARS HAGEN
Texas Bar No. 240347470
Southern District No. 37196
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 475-4271
(512) 320-0667 – facsimile

ATTORNEYS FOR DEFENDANT

2

## CERTIFICATE OF SERVICE & CONFERENCE

      A true and correct copy of the foregoing stipulation of dismissal has been filed and served via the Texas Southern District's electronic filing system on August 30, 2013, to all counsel of record.

                                                */s/ Ricardo J. Prieto*_____
                                                Ricardo J. Prieto